UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA          §
                                  §
vs.                               §          **CRIMINAL NO.**
                                  §
ALEXANDER JOSEPH JOHNSON          §          **1 3 CR   5 5 5**
Defendant.                        §
                                  §

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### (Sex Trafficking)

On or between June 14, 2013 and July 23, 2013, within the Southern District of Texas and elsewhere,

**ALEXANDER JOSEPH JOHNSON,**

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means a person, namely a minor female known as L.S., who had attained the age of 14 but was under 18, knowing and in reckless disregard of the fact that L.S. had not attained that age of 18 years and would be caused to engage in a commercial sex act, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means L.S. knowing and in reckless disregard of the fact that L.S. had not attained the age of 18 years and would be caused to engage in a commercial sex act.

**In violation of Title 18, United States Code, Section 1591(a), (b)(2) and 2.**

1

## COUNT TWO
### Transportation of Minors

On or about July 12, 2013, to July 13, 2013, in the Southern District of Texas and elsewhere,

**ALEXANDER JOSEPH JOHNSON,**

defendant herein, knowingly transported L.S, who had not attained the age of 18 years, in interstate

commerce, from the State of Texas to the State of Colorado, with the intent that L.S. engage in

prostitution and other sexual activity for which any person could be charged with a criminal offense.

**In violation of Title 18, United States Code, Sections 2423(a).**


## COUNT THREE
### (Transportation)

On or about July 12, 2013 to July 13, 2013, in the Southern District of Texas and elsewhere,

**ALEXANDER JOSEPH JOHNSON,**

defendant  knowingly transported Camri Taylor in interstate commerce, from the State of Texas to

the State of Colorado with the intent that Camri Taylor engage in prostitution, and in any sexual

activity for which any person can charged with a criminal offense.

**In violation of Title 18, United States Code, Section 2421.**

## NOTICE OF FORFEITURE
### 18 U.S.C. § 2253(a)

Pursuant to Title 18, United States Code, Section 2253(a)(2) and (a)(3), the United States gives the defendant notice that in the event of conviction for the offenses charged in Counts One through Three of the Indictment, the United States will seek to forfeit all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offenses charged in Counts One through Three; and all property, real and personal, used or intended to be used to commit or to promote the commission of the offenses charged in Counts One through Three, or any property traceable to such property, including, but not limited to, the following:

Cellular telephones, found on defendant and in hotel room, and laptop computer, found in hotel room.

A True Bill:

Original Signature on File

_____
Grand Jury Foreperson

KENNETH MAGIDSON
United States Attorney

By: _____
Sherri L. Zack
Assistant United States Attorney
713-567-9374

3