**HONORABLE NANCY F. ATLAS PRESIDING**

CASE MANAGER  Shelia Ashabranner                ERO:  Yes
LAW CLERK  _____             USPO  Isabel Davila

TIME HELD: 1:19 p.m. - 1:48 p.m.                DATE:  April 29, 2014

CR. No. 13-555  Deft. No. 01

| UNITED STATES OF AMERICA | § | Sherri Zack | AUSA |
|---|---|---|---|
| vs. | § | | |
| ALEXANDER JOSEPH JOHNSON | § | | |
| | § | Steven Goins | RETAINED |

## SENTENCING

__X__   Sentencing held.  Guilty Plea on 12/16/2013   Count(s) 1,2,3

__X__   **SENTENCE:**  128 months as to counts 1 and 2 and 120 months as to count 3 to run concurrently, for a total term of 128 months; 10 years SRT as to counts 1, 2 and 3, to run concurrently for a total of ten years;  restitution, if any, to be determined by **July 28, 2014**; no fine. Court recommends the defendant be placed as close to Houston as possible. Court recommends 500 hour intensive drug treatment program; Court recommends defendant participate in a vocational program; Court recommends mental health counseling as deemed necessary by probation.

__X__   $300.00 special assessment on count  1, 2 and 3

____   Government's Oral Motion for Remittance of the Special Assessment is GRANTED.

__X__   Standard Conditions of Supervised Release plus the following (if  checked):
         __X__  No Firearms
         __X__  Deft to cooperate in collection of DNA sample
         __X__  The defendant shall submit to periodic urine surveillance and/or breath, saliva
                and skin tests for the detection of drug abuse as directed by the probation officer.
                The defendant will incur costs associated with such detection efforts, based on ability
                to pay as determined by the probation officer

__X__   **WRITTEN NOTICE TO DEFT REGARDING APPEAL RIGHTS**

____   Government's Oral Motion to Dismiss remaining counts is **GRANTED.**

__X__   Defendant remanded to custody.

OTHER PROCEEDINGS:  Court adopts the PSR.  The following are made a part of this record (if checked):
         __X__  PSR  ____  Revised PSR  __X__  Addendum to PSR  ____ Second Addendum to PSR
         __X__  Objection(s) to PSR by  ____ Govt  __X__ Defendant
         __X__  Statement of No Objections to PSR  by __X__ Govt  ____ Defendant

  X    Other:  Response to Objections to PSR by Government.